



# Vehicle Valuation Report

Prepared for: State Farm Insurance

## Summary

### Claim Information

| | |
|---|---|
| Claim Number: | 11-576J-69301 |
| Policy Number: | |
| Insured: | LARRY RELF |
| Address: | PO BOX 6245 |
| | COLUMBUS, GA 319176245 |
| Insured Home Phone: | (706) 610-6870 |
| Version #: | 1 |
| Coverage Type of Loss: | COLLISION |
| Loss Date: | 12/19/2014 |
| Reported Date: | 12/22/2014 |
| Valuation Report Date: | 12/24/2014 13:20:03 |
| Valuation Report ID: | 7401227 |

### Vehicle Information

| | |
|---|---|
| Loss Vehicle: | 2006 PONTIAC TORRENT BASE 4D SUV 3.4L 6 Cyl GAS A 2WD |
| VIN: | 2CKDL63F066172713 |
| Mileage: | True Mileage Unknown |
| Location: | GA 319176245 |
| Exterior Color: | Black |
| License Plate: | PCA4957, Georgia, Exp. 01/0001 |

### Valuation Summary

| | |
|---|---|
| **Base Value:** | **$6,646.99** |
| **Loss Vehicle Adjustments** | |
| Condition Adjustment: | -$298.77 |
| Prior Damage Adjustment: | $0.00 |
| After Market Parts Adjustment: | $0.00 |
| Refurbishment Adjustment: | $0.00 |
| Market Value: | $6,348.22 |
| **Settlement Adjustments** | |
| Deductible: | -$500.00 |
| **Settlement Value:** | **$5,848.22** |

## Loss Vehicle Detail

Loss vehicle: **2006 PONTIAC TORRENT BASE 4D SUV 3.4L 6 Cyl GAS A 2WD**

### Standard Equipment

| Exterior | |
|---|---|
| 5070-Lb Gross Vehicle Weight Rating | Alloy Wheels, 16-In. X 6.5-In. |
| Automatic Headlights With Automatic On/Off and Dusk Sensor | Daytime Running Lights |
| Front Air Dam | Front and Rear Body Color Bumpers |
| Front Halogen Foglights | Halogen Headlights |
| Large Wheel Flares | Rear Spoiler |

| Interior | |
|---|---|
| AM/FM Radio With Seek/Scan, Speed Sensitive Volume and 6 Speakers Total; CD Player | Cloth Seats |
| Dual Power Adjustable Exterior Rearview Mirrors | Dual Sunvisors |
| Dual Vanity Mirrors | Exterior Rails |
| Front Dual Reclining Bucket Seats With Manually Adjustable Headrests, Driver Manually Adjustable Seat Height and Flat Folding Passenger Seatback | Intermittent Rear Window Wiper/Washer |
| Intermittent Windshield Wipers | Manual Air Conditioning |
| Power Window Lockout | Power Windows With Driver One-Touch Down |
| Pre-Programmed Equalizer | Radio Antenna |
| Radio Data System | Rear 60/40 Split Folding Reclining Bench Seat With Manually Adjustable Headrests |
| Rear Window Defroster | Tinted Glass |

| Mechanical | |
|---|---|
| 4-Wheel Anti-Lock Brakes | Front Power 296-mm X 26-mm Vented Disc and Rear Power 250-mm X 45-mm Drum Brakes |
| Power Variable Assisted Rack and Pinion Steering | Tilt Steering Column |
| Traction Control | |

| Safety | |
|---|---|
| Automatic Locking Retractors On Passenger Seatbelts | Child Safety Door Locks Located On Rear Doors |
| Driver Airbag With Dual Stage Deployment | Front and Rear Outboard 3-Point Seatbelts |
| Front Seatbelt Height Adjusters | Keyless Entry Operated Via Key Fob |
| L A T C H | Multi-Function Remote Operates Anti-Theft, Door Lock/Unlock, Illuminated Entry and Panic Alarm |
| Panic Alarm | Passenger Airbag With Dual Stage Deployment |
| Programmable Power Door Locks | Rear 3-Point Center Seatbelt |
| Remote Tailgate Release | Selective Locking/Unlocking Via Remote Keyless Entry |
| Side Guard Door Beams | Theftlock(R) Radio Anti-Theft |
| Vehicle Anti-Lockout | Vehicle Anti-Theft Via Alarm |

### Optional Equipment

| XM(R) Satellite Radio |
|---|

*DIO/PIO= Dealer/Port Installed Option

## Loss Vehicle Base Value

Loss vehicle:   2006 PONTIAC TORRENT BASE 4D SUV 3.4L 6 Cyl GAS A 2WD

### Regional Comparable Vehicle Information

Search Radius used for this valuation:   200 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle:   107,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4NORMAL GAS A 2WD | 69,011 | 31503 | 169 miles | $7,560.00 Sold Price | $6,636.33 |
| 2 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4NORMAL GAS A 2WD | 133,451 | 30047 | 97 miles | $6,991.00 List Price | $6,650.34 |
| 3 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4NORMAL GAS A 2WD | 115,710 | 30501 | 133 miles | $6,950.00 List Price | $5,862.18 |
| 4 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4NORMAL GAS A 2WD | 117,112 | 29832 | 190 miles | $8,780.00 List Price | $7,439.11 |
|   |   |   |   |   | Base Value: | $6,646.99 |

## Loss Vehicle Adjustments

Loss vehicle:   2006 PONTIAC TORRENT BASE 4D SUV 3.4L 6 Cyl GAS A 2WD

### Condition Adjustments

| Condition Adjustment:  -$298.77 | Overall Condition:  2.81-Good | Typical Vehicle Condition:  3.02 |
|---|---|---|

| Category | Condition | | Comments |
|---|---|---|---|
| **Interior** | | | |
| SEATS | 2 Fair | | |
| CARPET | 3 Good | | |
| HEADLINER | 3 Good | | |
| DOORS/INTERIOR PANELS | 3 Good | | |
| DASH/CONSOLE | 3 Good | | |
| GLASS | 3 Good | | |
| **Exterior** | | | |
| BODY | 3 Good | | |
| PAINT | 3 Good | | |
| TRIM | 3 Good | | |
| VINYL/CONVERTIBLE TOP | Typical | | |
| **Mechanical** | | | |
| ENGINE | 3 Good | | |
| TRANSMISSION | 3 Good | | |
| **Tire** | 2 Fair | | |

Typical condition reflects a vehicle that is in ready-for-sale condition and reflects normal wear and tear for that vehicle type / age.

**Comments:**

## Regional Comparable Vehicles

Loss vehicle:    2006 PONTIAC TORRENT BASE 4D SUV 3.4L 6 Cyl GAS A 2WD

**Regional Comparable Vehicles**

| 1 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4 NORMAL GAS A2WD | | | | Sold Price: $7,560.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 2CKDL63F066XXXXXX | | | | |
| Stock No: | | Mileage | 107,000 | 69,011 | -$1,033.36 |
| Listing Date: | 12/02/2014 | Equipment | | | |
| ZIP/Postal Code: | 31503 | XM(R) Satellite Radio | Yes | No | $109.69 |
| Distance from Loss Vehicle: | 169 miles | | | Total Adjustments: | -$923.67 |
| Source: | FRANCHISE SALE - J.D. POWER AND ASSOCIATES | | | Adjusted Price: | $6,636.33 |

| 2 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4 NORMAL GAS A2WD | | | | List Price: $6,991.00 |
|---|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 2CKDL63F466029330 | | | | |
| Stock No: | T66029330 | Projected Sold Adjustment | | | -$641.00 |
| Listing Date: | 12/14/2014 | Mileage | 107,000 | 133,451 | $661.78 |
| ZIP/Postal Code: | 30047 | Equipment | | | |
| | | Preferred Package | No | Yes | -$453.57 |
| Distance from Loss Vehicle: | 97 miles | XM(R) Satellite Radio | Yes | No | $92.13 |
| Source: | DEALER WEB LISTING - AUTOTRADER.COM STONE MOUNTAIN TOYOTA 4400 STONE MOUNTAIN HWY LILBURN GA 30047 800-773-4157 | | | Total Adjustments: Adjusted Price: | -$340.66 $6,650.34 |

**Comparable Vehicle Package Details:**
Preferred Package

| 3 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4 NORMAL GAS A2WD | | | | List Price: $6,950.00 |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| VIN: | 2CKDL63F866048270 | | |
| Stock No: | 38908A | | |
| Listing Date: | 11/24/2014 | | |
| ZIP/Postal Code: | 30501 | | |
| Distance from Loss Vehicle: | 133 miles | | |
| Source: | DEALER WEB LISTING - AUTOTRADER.COM | | |
| | JIM HARDMAN BUICK GMC | | |
| | 1592 BROWNS BRIDGE RD | | |
| | GAINESVILLE GA 30501 | | |
| | 770-718-3122 | | |

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$638.00 |
| Mileage | 107,000 | 115,710 | $216.61 |
| Equipment | | | |
|   Preferred Package | No | Yes | -$450.86 |
|   Security Package | No | Yes | -$307.15 |
|   XM(R) Satellite Radio | Yes | No | $91.58 |
| | | Total Adjustments: | -$1,087.82 |
| | | Adjusted Price: | $5,862.18 |

**Comparable Vehicle Package Details:**

Preferred Package

Security Package

| 4 | 2006 PONTIAC TORRENT BASE 4D SUV 6 3.4 NORMAL GAS A2WD | | | | List Price: $8,780.00 |
|---|---|---|---|---|---|

| | |
|---|---|
| VIN: | 2CKDL63F266074590 |
| Stock No: | 41841U |
| Listing Date: | 12/11/2014 |
| ZIP/Postal Code: | 29832 |
| Distance from Loss Vehicle: | 190 miles |
| Source: | DEALER WEB LISTING - AUTOTRADER.COM |
| | HERLONG CHEVROLET BUICK, INC. |
| | 354 LEE ST HIGHWAY 121 |
| | JOHNSTON SC 29832 |
| | 803-275-2563 |

| Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|
| Projected Sold Adjustment | | | -$806.00 |
| Mileage | 107,000 | 117,112 | $317.69 |
| Equipment | | | |
|   Preferred Package | No | Yes | -$569.57 |
|   Premium Package | No | Yes | -$283.01 |
| | | Total Adjustments: | -$1,340.89 |
| | | Adjusted Price: | $7,439.11 |

**Comparable Vehicle Package Details:**

Preferred Package

Premium Package (Front Dual Heated Seats)

**Comparable Vehicle Option Details:**

XM(R) Satellite Radio

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2006 PONTIAC TORRENT BASE | 4D SUV 3.4L 6 Cyl GAS 2WD | $22,400.00 |

## Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was built through a joint partnership between J.D. Power and Associates vehicle valuation division Power Information Network (P.I.N.) and Mitchell International, a leading provider of claims processing solutions to private passenger insurers.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles similar to the loss vehicle in the same market area. WorkCenter Total Loss finds these vehicles in AutoTrader.com, Cars.com, and directly from dealerships.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).

- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.

- Equipment- adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

  Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

  Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

  Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

  Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.