IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LARRY RELF, on behalf of himself and all others similarly situated, | * |
| | * |
| Plaintiff, | Case No. 4:18-cv-00240-CDL |
| v. | * |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, J.D. POWER & ASSOCIATES, and MITCHELL INTERNATIONAL, INC., | * |
| | * |
| Defendants. | |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2019, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 20th day of June, 2019.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk